IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00620-PSF-BNB

BRUNSWICK BOWLING AND BILLIARDS CORPORATION,

Plaintiff,

v.

VANTAGE BOWLING CORPORATION,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **August 30, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated August 2, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge