IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00620-PSF-BNB

BRUNSWICK BOWLING AND BILLIARDS CORPORATION,

    Plaintiff,

v.

VANTAGE BOWLING CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court pursuant to Magistrate Judge Boland's Order entered on August 2, 2005 (Dkt. # 23) in which he states that he has been advised by counsel that the case had settled and ordered the parties to file dismissal documents no later than August 30, 2005.  Parties failed to file dismissal documents, and on August 30, 2005, at the request of counsel, Magistrate Judge Boland entered a Minute Order (Dkt. # 26) directing the parties to file dismissal documents no later than September 13, 2005, or a status report addressing why dismissal has not been accomplished.  Again, parties failed to file dismissal documents, or for that matter a status report, and requested Magistrate Judge Boland to issue a third Minute Order, which was filed on September 12, 2005 (Dkt. # 27).  Magistrate Judge Boland again ordered parties to file dismissal documents on or before September 27, 2005, or a status report addressing why dismissal has not been accomplished.  The parties to date have filed neither.

In light of parties' repeated failure to timely abide by these orders and the apparent fact that they have reached a full settlement, this case is hereby DISMISSED WITH PREJUDICE, and the Clerk is directed to administratively close this case.

DATED: September 30, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge