IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00620-PSF-BNB

BRUNSWICK BOWLING AND BILLIARDS CORPORATION,

    Plaintiff,

v.

VANTAGE BOWLING CORPORATION,

    Defendant.

---

**ORDER VACATING ORDER OF DISMISSAL
AND SETTING STATUS CONFERENCE**

---

THIS MATTER comes before the Court pursuant to updated information from the Magistrate Judge regarding the status of the settlement that was not reflected in the Court's docket entries. The Court hereby VACATES its previous Order of Dismissal (Dkt. # 28), dated September 30, 2005. It is

FURTHER ORDERED that a status conference is set before Judge Figa on **October 12, 2005 at 8:30 a.m.** All counsel of record and the chief executive officers of both Plaintiff Brunswick Bowling and Billiards Corporation and Defendant Vantage Bowling Corporation are DIRECTED to appear in person at this status conference.

DATED: September 30, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge