IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00620-PSF-BNB

BRUNSWICK BOWLING AND BILLIARDS CORPORATION,

    Plaintiff,

v.

VANTAGE BOWLING CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the parties' Joint Motion for Entry of Agreed Order (Dkt. # 30). The Court hereby

ORDERS this action DISMISSED WITH PREJUDICE, each party to bear its own costs, expenses and attorney fees. This case is hereby administratively closed, subject to possible reopening for settlement enforcement purposes only. It is

FURTHER ORDERED that the status conference in this matter set for October 12, 2005 at 8:30 a.m. is VACATED.

    DATED: October 6, 2005

                                                    BY THE COURT:

                                                    s/ Phillip S. Figa
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge